UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD R. TARUTIS, et al,

             Plaintiffs,

    vs.

SPECTRUM BRANDS HOLDINGS, INC., et al.,

             Defendants.

Case No. 2:13-cv-00761-JLR

DEFENDANT SS BETHEL, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

## I.    **ANSWER**

Defendant SS Bethel, LLC, by and through its attorneys of record, Forsberg & Umlauf, P.S., answers plaintiffs' First Amended Complaint For Damages as follows.

1.    Defendant denies the allegations contained in paragraph 1. of the complaint.

2.    The allegations contained in paragraph 2. of the complaint which are conclusions of law do not require an answer. To the extent an answer is required, defendant denies the same. Defendant specifically denies that the battery ingested by R.J.S. was not reasonably safe or was unreasonably dangerous in any respect, including its packaging.

3.    This case has been removed to this Court in the time since plaintiffs' complaint was filed in the King County Superior Court, mooting many of the allegations contained in paragraph 3. The allegations contained in paragraph 3. of the complaint are conclusions of

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 1
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

law that do not require an answer.  To the extent an answer is required, defendant denies the same.

4.      Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 4. of the complaint and for this reason denies the same.

5.      Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 5. of the complaint and for this reason denies the same.

6.      Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 6. of the complaint and for this reason denies the same.

7.      Defendant is without information sufficient to form a belief as to the truth or untruth of the allegations contained in paragraph 7. of the complaint, which are all directed to another defendant, and for this reason denies the same.

8.      Defendant is without information sufficient to form a belief as to the truth or untruth of the allegations contained in paragraph 8. of the complaint, which are all directed to another defendant, and for this reason denies the same.

9.      Defendant is without information sufficient to form a belief as to the truth or untruth of the allegations contained in paragraph 9. of the complaint, which are all directed to another defendant, and for this reason denies the same.

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 2
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

10.     Answering the allegations contained in paragraph 10. of the complaint, defendant admits the allegations contained in the first two sentences of paragraph 10.  Except as so admitted the remaining allegations contained in paragraph 10. are denied.

11.     Answering the allegations contained in paragraph 11. defendant denies the same.

12.     Defendant incorporates and re-alleges paragraphs 1-11 above as if fully set forth herein.

13.     Defendant is without information sufficient to form a belief as to the truth or untruth of the allegations contained in paragraph 13. of the complaint and for this reason denies the same.

14.     Defendant is without information sufficient to form a belief as to the truth or untruth of the allegations contained in paragraph 14. of the complaint and for this reason denies the same.

15.     Answering the allegations contained in paragraph 15. of the complaint, defendant denies the same.

16.     Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 16. of the complaint and for this reason denies the same.

17.     Answering the allegations contained in paragraph 17. of the complaint, defendant denies the same.

18.     Defendant incorporates and re-alleges paragraphs 1-17 above as if fully set forth herein.

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 3
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

19.     Answering the allegations contained in paragraph 19. of the complaint, defendant denies the same.

20.     **Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 20. of the complaint and for this reason denies the same.**

21.     Answering the allegations contained in paragraph 21. of the complaint, defendant denies the same.

22.     Defendant incorporates and re-alleges paragraphs 1-21 above as if fully set forth herein.

23.     Answering the allegations contained in paragraph 23. of the complaint, defendant denies the same.

24.     Answering the allegations contained in paragraph 24. of the complaint, defendant denies the same.

25.     Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 25. of the complaint and for this reason denies the same.

26.     Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 26. of the complaint and for this reason denies the same.

27.     Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 27. of the complaint and for this reason denies the same.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

28.     Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 28. of the complaint and for this reason denies the same.

29.     Defendant is without sufficient information to form a belief as to the truth or untruth of the allegations contained in paragraph 29. of the complaint and for this reason denies the same.

## II.     AFFIRMATIVE DEFENSES

30.     Defendant incorporates and realleges paragraphs 1-29 above as if set forth fully herein.

31.     Plaintiffs may have failed to mitigate their damages.

32.     Plaintiffs' alleged injuries may have been caused by the comparative or contributory fault of plaintiffs Svetlana Savchuk and Sergey Savchuk.

33.     Plaintiffs' alleged damages were caused in whole or in part by persons over which defendant has no control and for which defendant has no responsibility, including Svetlana Savchuk and Sergey Savchuk.

34.     Assumption of Risk.

35.     Pursuant to RCW 4.22.070 fault should be allocated among all parties having fault in this matter.

36.     Failure to state a claim upon which relief can be granted.

37.     Defendant's product conformed to prevailing industry standards and practices.

38.     Lack of proximate causation.

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 5
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

39.     Contractual disclaimers of implied warranties, limitations of liability, and limitations of damages.

40.     Defendant adopts all available rights and defenses under RCW 4.22, *et. seq.* and RCW 7.72, *et. seq.*

### III.     <u>RESERVATION</u>

Defendant SS Bethel, LLC reserves its right to amend this answer, add or delete affirmative defenses, assert counterclaims and/or additional cross claims, and/or institute third-party actions as additional facts are obtained in investigation and discovery.

### IV.     <u>PRAYER FOR RELIEF</u>

WHEREFORE, having answered Plaintiff's First Amended Complaint For Damages and set forth affirmative defenses and cross-claims, defendant SS Bethel, LLC prays for relief as follows:

1.     Dismissal of plaintiffs' complaint with prejudice;

2.     That fault for plaintiffs' injuries and damages, if any, be allocated under R.C.W. 4.22.070, such allocation to include an allocation of fault to plaintiffs Svetlana Savchuk and Sergey Savchuk.

3.     For such other further relief as the court may deem just and equitable.

//
//
//
//
//

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 6
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

DATED this 10th day of June 2013.

FORSBERG & UMLAUF, P.S.

By: _____
Paul S. Smith, #28099
psmith@forsberg-umlauf.com

By: _____/s/John P. Hayes_____
John P. Hayes, #21009
jhayes@forsberg-umlauf.com
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Telephone:  206-689-8500
Fax:  206-689-8501

Attorneys for Defendant

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 7
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1

## CERTIFICATE OF SERVICE

2      The undersigned certifies under the penalty of perjury under the laws of the State of

3    Washington on the date given below, I electronically filed DEFENDANT SS BETHEL,

4    LLC'S ANSWER TO FIRST AMENDED COMPLAINT with the Clerk of the Court using

5    the CM/ECF system which will send notification of such to the following:

6    James S. Rogers, Esq.
     Elizabeth J. Donaldson, Esq.
7    The Law Offices of James S. Rogers
     1500 Fourth Avenue, Suite 500
8    Seattle, WA  98101
     Email: jsr@jsrogerslw.com
9            liz@jsrogerslw.com

10

11   Eric P. Gillett, Esq.
     Justin E. Bolster, Esq.
12   Preg O Donnell & Gillett PLLC
     1800 Ninth Ave., Suite 1500
13   Seattle, WA  98101-1340
     Email: egillett@pregodonnell.com
14           jbolster@pregodonnell.com

15

16

17      **SIGNED** this 10th day of June 2013, at Seattle, Washington.

18
                           _____/s/ Paul S. Smith_____
19                            PAUL S. SMITH

20

21

22

23

DEFENDANT SS BETHEL, LLC'S ANSWER TO FIRST AMENDED
COMPLAINT – PAGE 8
CASE NO. 2:13-CV-00761-JLR

801934 / 453.0269

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX