Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD R. TARUTIS as Litigation Guardian ad Litem of R.J.S., minor child; SVETLANA I. SAVCHUK and SERGEY I. SAVCHUK, parents of R.J.S.,<br><br>Plaintiff(s),<br><br>v.<br><br>SPECTRUM BRANDS HOLDINGS, INC., a Delaware Corporation, SPECTRUM BRANDS, INC., a Delaware Corporation, SS BETHEL, LLC, a limited liability company organized under the laws of the State of Delaware, D/B/A as Star Struck, LLC,<br><br>Defendant(s). | NO. 2:13-CV-00761<br><br>DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) |

Defendant Spectrum Brands, Inc. ("Spectrum"), by and through its attorneys of record, Preg O'Donnell & Gillett, PLLC, produces below the following disclosures pursuant to Fed. R. Civ. P. 26(a). Documents produced are attached hereto. Any documents not produced will be made available for copying or the reason for non-disclosure is provided.

DEFENDANT SPECTRUM BRANDS, INC. INITIAL
DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 1
10537-0002 5134753

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## I. Individuals Likely to Have Discoverable Information

1. Rita Collins
   Manager Consumer Service
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

   May testify regarding the type, number, and frequency of complaints received by Spectrum as well as the complaint procedure in general.

2. Bob Jacus
   Director, Product Marketing, Alkaline
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

   May testify regarding the marketing efforts of Spectrum as well as the type of products which were marketed. He may also testify regarding packaging and labeling of products as well as the packaging and labeling of similar products in the industry at large.

3. Joe Jacobus
   Packaging Manager
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

   May testify regarding the packaging used by Spectrum, packaging used by Spectrum's licensees, as well as the packaging used in the industry at large.

DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 2
10537-0002  5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

4. Wesley Kieler
   Associate Packaging Engineer
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

May testify regarding the packaging used by Spectrum, the specifications of packaging used by Spectrum's licensees, as well as the packaging used in the industry at large.

5. Michele Woolever
   Associate Product Manager
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

May testify regarding CR2032 batteries and packaging produced and licensed by Spectrum. May also testify regarding the negotiation of the licensing agreements with Star Struck executed on Spectrum's behalf by Jim Heidenreich.

6. Janna Rose
   Division Vice President, Round Cell Technology
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

May testify regarding Spectrum's efforts to license and manufacture of the CR2032 battery and packaging as well as the industry standards that were accepted.

///

///

///

DEFENDANT SPECTRUM BRANDS, INC. INITIAL
DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 3
10537-0002 5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

7. Bradley Moore
   Commodity Manager
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

May testify regarding the design, production and licensing of CR2032 batteries.

8. John Hadley
   Director, Alkaline Battery Technology & Standards
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

May testify regarding the design and standards that have been adopted regarding CR2032 batteries.

9. Kevin Domack
   Director, Environmental, Health & Safety
   Must be contacted through counsel
   Eric Gillett
   C/O Preg O'Donnell & Gillett
   1800 Ninth Avenue, Suite 1500
   Seattle, WA 98101
   (206) 287-1775

May testify regarding the design and standards that have been adopted regarding CR2032 batteries and regarding the CR2032 battery in general.

10. Sarah Owen
    National Electrical Manufacturers Association
    1300 North 17th Street, Suite 1752
    Rosslyn, VA 22209
    (703) 841-3245

May testify regarding the lithium coin cell battery (LCCB) development, warnings, and industry actions related to LCCB.

DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 4
10537-0002 5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

11. Keith Sessler and other employees of SS Bethel/Star Struck
    Contacted through their counsel

May testify regarding their actions and knowledge related to the CR2032 battery, warnings, testing, and ingestion related issues.

12. Svetlana I. Savchuk
    Plaintiff

May testify regarding her actions and those of her husband and child related to the allegations contained in the complaint.

13. Sergey I. Savchuk
    Plaintiff

May testify regarding his actions and those of his wife and child related to the allegations contained in the complaint.

14. Doctors for R.J.S.
    Contact information unknown

May testify regarding the medical treatment for R.J.S.

15. Employees of third-party CR2032 battery manufacturers

May tesify regarding the industry standards and packaging used for the CR2032 battery.

16. Employees of third-party manufacturers who produce products that use CR2032 batteries

May testify regarding the design of the products which CR2032 batteries are installed in and the requirements of the CR2032 battery as well as child access to batteries from the products.

Discovery is ongoing and it is anticipated that additional witnesses will be identified as discovery progresses. Witnesses identified above may be found to have knowledge regarding additional topic areas and such information will be supplemented in discovery.

DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 5
10537-0002 5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## II. Documents Which Spectrum May Use at Trial

| No. | Description | Location |
|---|---|---|
| 1. | Spectrum Brands License Agreement dated March 1, 2009 | Previously produced |
| 2. | Spectrum Brands License Agreement dated August 1, 2011 | Previously produced |
| 3. | ANSI standards for CR2032 batteries in force at the time relevant to the allegations contained in the Complaint | American National Standards Institute 1899 L Street, NW 11th Floor Washington, DC 20036 |
| 4. | Other professional committee standards for CR2032 batteries - such as IEC and NEMA - for periods of time related to allegations contained in the Complaint | Offices of the relevant professional committees |
| 5. | Performance Specifications for the CR2032 battery | Spectrum Brands, Inc. 601 Rayovac Drive Madison, Wisconsin 53711 |
| 6. | Testing data related to the CR2032 battery | Spectrum Brands, Inc. 601 Rayovac Drive Madison, Wisconsin 53711 |
| 7. | Information provided by NEMA to physicians and medical personnel to aid in the diagnosis of battery ingestion | National Electrical Manufacturers Association 1300 North 17th Street Suite 1752 Rosslyn, Virginia 22209 |
| 8. | UL Standards for Lithium Batteries at times related to the allegations contained in the Complaint | UL Laboratories Government Services 1850 M. St. N.W., Suite 1000 Washington, DC 20036-5833 |
| 9. | Specifications for Dry Cells and Batteries at times related to the allegations contained in the Complaint | U.S. Dept. of Commerce 1401 Constitution Ave., NW Washington, D.C. 20230 |

Discovery is ongoing and it is believed that additional documents will be identified in discovery that will support Spectrum's various defenses in this matter.

DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 6
10537-0002 5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**III.     COMPUTATION OF CATEGORIES BY DAMAGES CLAIMED BY THE DEFENDANT**

The Defendant is not counterclaiming for monetary damages at this time.

**III.     COPIES OF INSURANCE AGREEMENTS UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE ENTERED IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT.**

Please find attached the Hartford Insurance Policy and the Liberty Mutual Insurance Policy that may satisfy part or all of a judgment which may be entered in this action.

**IV.     RESERVATION**

Spectrum reserves the right to call all witnesses disclosed by all parties in this action, and also reserves the right to call additional witnesses identified through discovery or investigation. Spectrum also reserves the right to use all evidence that is produced and exchanged in discovery or offered as initial disclosures by other parties.

DATED at Seattle, Washington, this 8th day of July, 2013.

PREG O'DONNELL & GILLETT PLLC

By     /s/ Eric P. Gillett
By     /s/ Justin Bolster

   Eric P. Gillett WSBA #23691
   Justin E. Bolster WSBA #38198
Attorneys for Defendant Spectrum Brands Holdings, Inc.
PREG O'DONNELL & GILLETT PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Firm Emails:
   egillett@pregodonnell.com
   jbolster@pregodonnell.com

DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 7
10537-0002  5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

| **Counsel for Plaintiffs Gerald R. Tarutis as Lit GAL for RJS, minor child and Svetlana and Sergey Savchuck**: | **Counsel for Defendant SS Bethel, LLC**: |
|---|---|
| James S. Rogers, Esq. WSBA #5335 | Carl E. Forsberg, Esq. WSBA #17025 |
| Dana A. Henderson, Esq. WSBA #32507 | Paul Middleton, Esq. WSBA #12113 |
| Elizabeth J. Donaldson, Esq. WSBA #45291 | Paul S. Smith, Esq. WSBA #28099 |
| Law Offices of James S. Rogers | Forsberg & Umlauf, P.S. |
| *jsr@jsrogerslaw.com* | *cforsberg@forsberg-umlauf.com* |

DATED at Seattle, Washington, this 8th day of July, 2013.

PREG O'DONNELL & GILLETT PLLC

By  /s/ Eric P. Gillett
By  /s/ Justin Bolster

   Eric P. Gillett WSBA #23691
   Justin E. Bolster WSBA #38198
Attorneys for Defendant Spectrum Brands Holdings, Inc.
PREG O'DONNELL & GILLETT PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Firm Emails:
   egillett@pregodonnell.com
   jbolster@pregodonnell.com

---

DEFENDANT SPECTRUM BRANDS, INC. INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) - 8
10537-0002  5134753

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113